No. D–1815.  IN RE DISBARMENT OF BARNES.  Brenda Powers Barnes, of Santa Monica, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that her name be

stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on June 23, 1997 [*ante*, p. 1102], is discharged.